**FILED**

JAN 23 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 18 CR 41 |
|---|---|
| v. | Violation: Title 18, United States Code, Section 1703(a) |
| ANNIECE CUNNINGHAM | |

JUDGE NORGLE
MAGISTRATE JUDGE WEISMAN

The UNITED STATES ATTORNEY charges:

On or about May 1, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

ANNIECE CUNNINGHAM,

defendant herein, being a United States Postal Service employee, namely, a letter carrier at the Rogers Park Station in Chicago, Illinois, did unlawfully secrete, detain, and delay mail, and articles and things contained therein, which came into her possession, and which was intended to be conveyed by mail, namely one piece of United States mail sent by the United States Treasury to Individual A;

In violation of Title 18, United States Code, Section 1703(a).

_____ by C. Hotaling
UNITED STATES ATTORNEY